UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:17-CR-00111-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE GUADALUPE MIRANDA | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Sentencing Memorandum, which is docket entry number 32. The Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the __16th__ day of May, 2018.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE