IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-00111-1FL

UNITED STATES OF AMERICA      :
     :
        v.            :
     :
JOSE GUADALUPE MIRANDA      :

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, pursuant to the guilty plea by the defendant, JOSE GUADALUPE MIRANDA, on November 14, 2017, to an offense in violation of 18 U.S.C. § 1956(h), the following property is hereby forfeitable pursuant to 18 U.S.C. § 982(a)(1), to wit:

(a)     $68,577.00 in U. S. Currency;

(b)     Smith & Wesson 37, 38 caliber revolver, Serial Number AWW9355;

(c)     Ruger P-89, 9mm pistol, Serial Number 310-11291;

(d)     Ruger SR9, 9mm pistol, Serial Number 331-35573;

(e)     Llama Mini Max S45, 45 caliber pistol, Serial Number 07-04-08186-98;

(f)     Keltec PF-9, 9mm pistol, serial number SNW27; and

(g)     Any and all accompanying ammunition; and

WHEREAS, by virtue of said guilty plea and the defendant's agreement therein, the United States is now entitled to possession of said property pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the plea of guilty by the defendant, JOSE GUADALUPE MIRANDA, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must

2

file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED. This ___ day of _____, 2018.

LOUISE W. FLANAGAN
United States District Judge

3