IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-00111-1FL

UNITED STATES OF AMERICA       :
                               :
         v.                    :
                               :
JOSE GUADALUPE MIRANDA         :

**FINAL ORDER OF FORFEITURE**

WHEREAS, on May 22, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 982(a)(1), based upon the defendant pleading guilty to 18 U.S.C. § 1956(h), and agreeing to the forfeiture of the property listed in the May 22, 2018 Preliminary Order of Forfeiture, to wit:

(a) $68,577.00 in U. S. Currency;

(b) Smith & Wesson 37, 38 caliber revolver, Serial Number AWW9355;

(c) Ruger P-89, 9mm pistol, Serial Number 310-11291;

(d) Ruger SR9, 9mm pistol, Serial Number 331-35573;

(e) Llama Mini Max S45, 45 caliber pistol, Serial Number 07-04-08186-98;

(f) Keltec PF-9, 9mm pistol, serial number SNW27; and

(g) Any and all accompanying ammunition;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30

1

consecutive days, between May 25, 2018 and June 23, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days from the first day of publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's May 22, 2018 Preliminary Order of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the May 22, 2018 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Marshall Service and/or the Federal Bureau of Investigation is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 29th day of August, 2018.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE